UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARVIN SAMS,

    Plaintiff,                                                  Case No. 3:24-cv-240

vs.

HEATWAVE POOLS, LLC,                    District Judge Michael J. Newman
                                                              Magistrate Judge Caroline H. Gentry

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

January 27, 2025                                                      s/*Michael J. Newman*
                                                                                Hon. Michael J. Newman
                                                                                United States District Judge